AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

**DISTRICT OF** MASSACHUSETTS

UNITED STATES OF AMERICA

V.

Danny Santana-Garrido
DOB 12/19/79

**CRIMINAL COMPLAINT**

CASE NUMBER: 05M-1004-JGD

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about   August 18, 2003   in   Essex   county, in the   District of   Massachusetts   defendant(s) did, (Track Statutory Language of Offense)

willfully and knowingly make a false statement in an application for passport with intent to secure issuance of a passport under the authority of the United States for his use, contrary to the laws regulating the issuance of passports or the rules prescribed pursuant to such laws.

in violation of Title   18   United States Code, Section(s)   1542

I further state that I am a(n)   DSS Special Agent   and that this complaint is based on the following
Official Title

facts:
See attached affidavit

Continued on the attached sheet and made a part hereof:   [✓] Yes   [ ] No

Signature of Complainant

Sworn to before me and subscribed in my presence,

02-01-2005                                              at                              Boston, MA
Date                                                                                     City and State

Judith G. Dein
United States Magistrate Judge
Name & Title of Judicial Officer

Signature of Judicial Officer

This form was electronically produced by Elite Federal Forms, Inc.