UNITED STATES OF AMERICA

U. S. DISTRICT COURT OF MASSACHUSETTS
DOCKET NO: 05M-1004-JGD

| | |
|---|---|
| UNITED STATES )  | |
| Plaintiff ) | |
| ) | |
| vs. ) | |
| ) | |
| DANNY SANTANA-GARRIDO ) | |
| Defendant ) | |

### NOTICE OF APPEARANCE

Now comes Attorney Paul A. Farina and requests that that this Honorable Court allow my appearance to be entered on behalf of Danny Santana-Garrido.

Respectfully submitted

Paul A. Farina, Esq.
23 Main Street
Andover, MA 01810
(978)749-8808
BBO:631406