UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2005 MAR -8  A 11: 10

U.S. DISTRICT COURT
DISTRICT OF MASS.

UNITED STATES OF AMERICA

vs.                                         DOCKET NO: 05M-1004J.G.D.

DANNY SANTANA GARRIDO

### NOTICE OF APPEARANCE

Now comes the undersigned, William Keefe, Massachusetts Board of Bar Overseers Registration Number 556817, and respectfully enters his appearance for all purposes on behalf of the defendant in the above-captioned matter.

Respectfully submitted,
DANNY SANTANA GARRIDO,
By his lawyer,

3/8/05
Date

WILLIAM KEEFE
BBO # 556817
390 Centre Street
Jamaica Plain, MA 02130
Telephone (617) 983-9200
Facsimile (617) 983-0733

## CERTIFICATE OF SERVICE

I, William Keefe, hereby certify that a copy of the enclosed Notice of Appearance was sent to the Assistant United States Attorney, at the Office of the U.S. Attorney, One Courthouse Way, Ninth Floor, Boston MA, 02201, on March 8, 2005, by hand delivery.

_____
William Keefe